01
02
03
04
05
06         UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 | UNITED STATES OF AMERICA,    )   CASE NO. CR07-199-RSM
                                  )
09 |       Plaintiff,              )
                                  )
10 |       v.                      )
                                  )   DETENTION ORDER
11 | JAMES J. HENDRIX,             )
                                  )
12 |       Defendant.              )
   |_____)
13

14 <u>Offense charge:</u>    Possession of A Firearm by a Prohibited Person

15 <u>Date of Detention Hearing:</u>    August 27, 2007

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21      1.     Defendant has been indicted for possession of a firearm, having previously been

22 convicted of robbery in the first degree and attempted burglary in the first degree with a deadly

DETENTION ORDER                                                                         15.13
18 U.S.C. § 3142(i)                                                                  Rev. 1/91
PAGE 1

weapon. Defendant's criminal history also includes at least one other firearm charge.

2. Defendant was sentenced in approximately 2002 for the robbery and attempted burglary with a deadly weapons charges. He was released from prison in approximately May 2006 and was on supervision for four months, during which time he had a violation for using marijuana, before absconding from supervision of the Washington State Department of Corrections in November 2006. DOC reports his other violations included failing to report, failing to be available for urinalysis testing, failing to pay, and failing to be employed.

3. Defendant is alleged to have fled the scene at the time of the instant arrest on August 11, 2007, and to have struggled during his arrest. The AUSA proffers that there had been extensive efforts to locate the defendant since May 2007 when the indictment was filed in this case.

4. The defendant poses a risk of nonappearance due to prior noncompliance with supervision, fleeing from authorities at the time of arrest, and a history of substance abuse. He poses a risk of danger due to criminal history which includes firearms violations, the nature of the pending charge which also involves firearms allegations, and alleged conduct during arrest and the attempt to apprehend defendant.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of August, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91