UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES JOSEPH HENDRIX,<br><br>　　　　　　　Defendant. | NO. CR07-199-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 22, 2012. The United States was represented by Assistant United States Attorney Lisca Borichewski, and the defendant by Robert Flennaugh.

The defendant had been charged and convicted of Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 942(a)(2). On or about March 7, 2008, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of 46 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure and submit to search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated March 15, 2011, U.S. Probation Officer Thomas J. Fitzgerald asserted the following violations by defendant of the conditions of his supervised release:

1. Failing to report to the probation office as directed on March 10, 2011, in violation of standard condition number two of his supervised release.

On April 30, 2012, defendant made his initial appearance. The defendant was advised the allegation and advised of his rights. On May 22, 2012, this matter came before the Court for an evidentiary hearing. Defendant admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Ricardo S. Martinez on June 8, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 22nd day of May, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
    AUSA: Lisca Borichewski
    Defendant's attorney: Robert Flennaugh
    Probation officer: Thomas J. Fitzgerald